UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **BRUCE D. MELTON,** ) | |
|         **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 05-2046 |
| **PLASTIPAK PACKAGING, INC.,** ) | |
| ) | |
|         **Defendant.** ) | |

## O R D E R

On August 1, 2005, Defendant filed Defendant's Motion to Compel Discovery (#19). Plaintiff filed no response. According to the motion, Defendant served Plaintiff with interrogatories and notice to produce following the June 21, 2005, conference pursuant to FED. R. CIV. P. 26(f). The responses were due July 5, 2005. Plaintiff has neither answered discovery nor responded to Defendant's good faith efforts to resolve the problem. The assertions are uncontested.

The motion **(#19)** is **GRANTED**. Plaintiff is ordered to fully respond to outstanding discovery within seven (7) days of the date of this Order.

Plaintiff is warned that he will not be allowed to bring this lawsuit and then flaunt the requirements imposed upon all litigants. If he fails to follow the rules and orders of the Court, he is warned that his case will be dismissed.

ENTER this 25th day of August, 2005.

                                              s/ DAVID G. BERNTHAL
                                              U.S. MAGISTRATE JUDGE